THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Darryl Richburg, Appellant.
 
 
 

Appeal From Lexington County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-225
Submitted April 1, 2008  Filed April 11,
 2008   
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Darryl Richburg appeals his conviction
 and sentence for murder, first-degree  burglary, and criminal conspiracy.  On
 appeal, Richburg argues his sentence is unconstitutionally disproportionate,
 and therefore amounts to cruel and unusual punishment, because when he entered
 the victims home, he did not intend to do any harm.  Richburg did not file a
 separate pro se brief.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Richburgs appeal and grant counsels motion to be relieved.  
APPEAL DISMISSED.
HEARN, C.J., PIEPER, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.